UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGM DEVELOPMENT GROUP INC

*Plaintiff*

vs

JEFFREY RINDE AND CKR LAW LLP

*Defendant*

N
COURT DATE & TIME:06/23/2025 AT
INDEX #: 1:25-CV-03208-JHR-SLC
DATE FILED:
Job #: 602878
Client File#

CONWAY AND CONWAY
99 PARK AVENUE ROOM 810
NEW YORK, NY 10016

CLIENT'S FILE NO.:                                                                                      **AFFIRMATION OF SERVICE**

I, ERIC RIVERA, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 06/20/2025 at 3:28 PM at 1330 6TH AVENUE, NEW YORK, NY 10019 deponent served the within DEFAULT JUDGMENT (PROPOSED), ORDER, CLERK'S CERTIFICATE OF DEFAULT, AFFIRMATION OF KEVIN P CONWAY IN SUPPORT OF PETITIONER'S MOTION FOR A DEFAULT JUDGMENT ON THE PETITION TO COMPEL ARBITRATION, SUMMONS IN A CIVIL ACTION, PETITION TO COMPEL ARBITRATION on JEFFREY RINDE therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with "JANE DOE", CONCIERGE a person of suitable age and discretion at 1330 6TH AVENUE, NEW YORK, NY 10019 said premises being the recipient's actual place of business within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 06/20/2025 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Mailing was made to 1330 6TH AVENUE, NEW YORK, NY 10019

Deponent previously attempted to serve the above named individual on
06/19/2025 8:54 AM 1330 6TH AVENUE, NEW YORK, NY 10019

Said documents were conformed with index number endorsed thereon.

A perceived description of the person served on behalf of the defendant is as follows:
**Approx Age:** 36 - 50 Yrs., **Approx Weight:** 161-200 Lbs., **Approx Height:** 5' 9" - 6' 0", **Gender:** Female, **Approx Race:** Black, **Approx Hair:** Black
**Other:**
I WAS REFUSED ADMITTANCE TO A SECURE PREMISE. REFUSED TO GIVE NAME.
Deponent spoke to "JANE DOE"
Inquired as to the JEFFREY RINDEs actual place of business and received a positive reply and confirmed the above address of JEFFREY RINDE and asked whether JEFFREY RINDE was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the JEFFREY RINDE always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the JEFFREY RINDE is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

I affirm this June 23, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



ERIC RIVERA
1212873

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373