UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGM DEVELOPMENT GROUP, INC.,

                                Petitioner,

          -v-

                                                    CIVIL ACTION NO. 25 Civ. 3208 (JHR) (SLC)

JEFFREY RINDE, et al.,                                              **ORDER**

                                Respondents.

**SARAH L. CAVE,** United States Magistrate Judge.

On June 5, 2025, after Jeffrey Rinde ("Mr. Rinde") and CKR Law, LLP ("CKR Law") (together, "Respondents") failed to respond to the Petition to Compel Arbitration (Dkt. No. 1), the Clerk of the Court entered a Certificate of Default against Respondents. (Dkt. No. 14). On June 9, 2025, the Court ordered Petitioner AGM Development Group, Inc. ("AGM") to file by June 23, 2025 proof of service on Respondents of the Certificate of Default (Dkt. No. 14) and AGM's motion for default judgment (Dkt. Nos. 15–17 (the "Motion")). (Dkt. No. 18 at 1). The Court further ordered Respondents to respond to the Motion within 14 days of service and warned that failure to timely respond to the Motion or contact Chambers within 14 days of service of the Motion to request an in-court hearing would result in the undersigned issuing a report and recommendation concerning the Motion based on AGM's written submissions alone without a court hearing. (Id.)

On June 23, 2025, AGM filed the required proof of service indicating CKR Law was served on June 13, 2025, making CKR Law's response to the Motion due on June 27, 2025, and Mr. Rinde was served on June 20, 2025, making Mr. Rinde's response to the Motion due

on July 4, 2025.  (Dkt. Nos. 20–21).  To date, Respondents have not responded to the Motion, nor have they contacted Chambers to request an in-court hearing.

Notwithstanding the Court's Order at Dkt. No. 18, a telephone conference to discuss the Motion is scheduled for **October 2, 2025, at 2:00 p.m. ET** on the Court's conference line (the "Conference").  The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.  **<u>Respondents are warned that the failure to appear for and participate in the Conference or otherwise contact the Court on or before October 2, 2025 will result in the Court deeming the Motion unopposed and issuing a report and recommendation on the Motion based on AGM's submissions alone.</u>**

Dated:      New York, New York
            September 8, 2025

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**