UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGM DEVELOPMENT GROUP, INC.,

                              Petitioner,

-v-                                       CIVIL ACTION NO. 25 Civ. 3208 (JHR) (SLC)

                                                        **ORDER**

JEFFREY RINDE, et al.,

                              Respondents.

**SARAH L. CAVE,** United States Magistrate Judge.

       Pursuant to the Telephone Conference held today, October 2, 2025 (the "Conference"), concerning the motion of Petitioner AGM Development Group, Inc. ("AGM") for default judgment against Respondents Jeffrey Rinde and CKR Law, LLP ("Respondents") (see Dkt. Nos. 15–17), AGM shall order a copy of the Conference transcript using the annexed form by **October 10, 2025**.  The Court notes that, notwithstanding the Court's Order at Dkt. No. 22, Respondents did not appear at the Conference.

Dated:       New York, New York
                October 2, 2025

                                                            SO ORDERED.

                                                            SARAH L. CAVE
                                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

**RESET**  **PRINT**  **SAVE**  **EMAIL**