**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AGM DEVELOPMENT GROUP, INC.,

                        Petitioner,                      25 **CIVIL** 03208 (JHR)(SLC)

        -against-                         **DEFAULT JUDGMENT**

JEFFREY RINDE et al.,

                        Respondents.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2026, the Report and Recommendation is adopted in its entirety. Petitioner's motion for a default judgment, ECF No. 15, is GRANTED, and the proposed default judgment ordering Respondents to arbitrate before the AAA pursuant to the AAA Consumer Arbitration Rules, ECF No. 17, is ENTERED. By April 3, 2026, Petitioner shall serve this Order upon Respondents and file an affidavit attesting to such service. Accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2026

                                       **TAMMI M. HELLWIG**

                                  _____
                                       **Clerk of Court**

**BY:**                        

                                    _____
                                       **Deputy Clerk**